IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID PETRISOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-552 |
| | ) | |
| D. RODGERS, J. SWARINGEN, and R. WALKER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

This the 20th day of August, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE